```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EFRAIN ESPINOZA,
           Plaintiff,

      -vs.-

MARIO'S TRATTORIA and MARIO H. LOBATO,
           Defendants.
------------------------------------------------------------X

Case No.10-Cv-3925
(AKH)

STIPULATION OF
SETTLEMENT

    Plaintiff, Efrain Espinoza, by and through his attorneys, The Law Offices Of William Cafaro, and the defendants, and each of them, by their attorney, Stephen L. Di Lorenzo, hereby agree to settle the case on the following terms and conditions:

1) The defendants, and each of them, have agreed to enter into a settlement, but by doing so, make no admission whatsoever of liability, and continue to deny that they have violated any law, state or federal. However, they have entered into a settlement weighing the practicalities of defending a disputed claim. Therefore, defendants, and each of them, shall pay a sum certain known to the parties within 60 days as provided in a separate stipulation. In the event payment is not timely received by plaintiff's counsel as provided in that stipulation, plaintiff shall have the right to enter judgment against each of the defendants, jointly and severally, for the full amount demanded in the complaint without further notice.

2) Upon this stipulation being "So Ordered" the plaintiff shall forthwith tender a general release, without limitation of any kind, to the defendants, and each of them, and

3) This action, upon being "So Ordered" by the Court, shall be discontinued, with prejudice, except for any proceedings necessary to enforce the settlement.

Dated: July 1, 2010
New York, New York

Law Offices of William Cafaro

William Cafaro (WC2730)
Attorneys for Plaintiff
Efrain Espinoza
19 West 44th Street, Ste. 1500
New York, New York 10036
(212) 583-7400
File No. 52530

Law Offices of Stephen L. DiLorenzo

Stephen DiLorenzo (SD0712)
Attorneys for Defendants
Empire State Building
350 5th Avenue, Ste. 4810
New York, NY 10118-4810
(212) 868-0420

So Ordered: 7/29/10

U.S.D.J.